RECEIVED

MAY 10 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | * | |
| | | * | |
| VERSUS | | * | 5:23-cr-00108 |
| | | * | Judge Foote |
| SIRDELL MCCULLOUGH | (01) | * | Magistrate Judge Hornsby |
| RODERGUIZ HENRY | (02) | * | |
| JOHNTRELL CRUTCHFIELD | (03) | * | |
| DEANTHONY JOHNSON | (04) | * | |
| DEAAUNDRAKOUS HAGGER | (05) | * | |
| NICO STEWART | (06) | * | |
| TIMOTHY VASHER | (07) | * | |
| DESTANE GLASS | (08) | * | |
| XAVIEN BEASLEY | (09) | * | |
| QUINTERRIUS BROWN | (10) | * | |
| TORONCO LOSTON | (11) | * | |
| DEWONNIE BROWN | (12) | * | |
| JOSHUA DOMINIQUE | (13) | * | |
| KADARIUS JENKINS | (14) | * | |
| JASMINE GLASS | (15) | * | |
| TRAMAINE TAYLOR | (16) | * | |
| ANTORIA JOHNSON | (17) | * | |
| JOKETA BAULKMAN | (18) | * | |
| TYNEAL JOHNSON | (19) | * | |
| CIERRA FLEMING | (20) | * | |
| TRAMARCIEA RUFFINS | (21) | * | |
| OLIVIA THOMAS | (22) | * | |
| SAMARRIAN KINGSTON | (23) | * | |
| LAKEAH GIPSON | (24) | * | |

**MOTION TO SEAL INDICTMENT**

NOW INTO COURT, comes the United States of America, by and through the United States Attorney and undersigned counsel, and respectfully represents as follows:

1.

On May 10, 2023, a 30 count Indictment was returned by the federal grand jury sitting in Shreveport, Louisiana.

2.

At the time of the presentment of the Indictment to the Magistrate Judge, the United States requested that the Indictment be placed under seal.

3.

Based on the Court's policy, the United States hereby moves for an Order of this Honorable Court **sealing** the Indictment in said matter.

4.

The United States also moves that all court personnel, including but not limited to: the Clerk of Court, U.S. Probation, and the U.S. Marshal, be instructed <u>not</u> to reveal the existence of said Indictment or the name of the defendant to anyone, specifically including the news media and/or defense attorneys.

Further, the United States respectfully requests that nothing in any sealing Order issued by the Court be construed to restrict law enforcement agencies or personnel from communicating information regarding this Indictment to any party for purposes related to the apprehension and arrest of the defendant(s) named in this Indictment.

WHEREFORE, the United States hereby moves for an Order of this Honorable Court sealing the above captioned Indictment until ordered by the Court upon the Government's Motion to Unseal.

                        Respectfully submitted,

                        BRANDON B. BROWN
                        United States Attorney

By:   /s/ J. Aaron Crawford
        J. Aaron Crawford
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, LA 71101
        Telephone: 318-676-3600